# Exhibit 1

 **CT Corporation**

**Service of Process Transmittal**
01/23/2017
CT Log Number 530564006

**TO:** Paul Nesterovsky, VP/Tax
Sinclair Broadcast Group, Inc.
10706 Beaver Dam Rd
Hunt Valley, MD 21030-2207

**RE:** **Process Served in Rhode Island**

**FOR:** Sinclair Communications, LLC  (Domestic State: MD)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | COURTNEY KELLOGG, Pltf. vs. CITADEL COMMUNICATIONS, LLC, etc., et al., Dfts. // To: SINCLAIR COMMUNICATIONS, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Attachment(s), Complaint |
| **COURT/AGENCY:** | Newport County Superior Court, RI<br>Case # NC20170014 |
| **NATURE OF ACTION:** | Violation of RIGL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/23/2017 at 11:13 |
| **JURISDICTION SERVED :** | Rhode Island |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Keith B. Kyle<br>Houlihan, Managhan, Morrissey & Kyle, Ltd.<br>195 Broadway, 2nd Floor<br>Newport, RI 02840<br>401-846-7777 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/24/2017, Expected Purge Date: 01/29/2017<br><br>Image SOP<br><br>Email Notification,  Paul Nesterovsky  pnesterovsky@sbgnet.com<br><br>Email Notification,  Barry Faber  bfaber@sbgnet.com<br><br>Email Notification,  Susan Domozych  sdomozyc@sbgnet.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 450 Veterans Memorial Parkway<br>Suite 7A<br>East Providence, RI 02914 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / HP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

# SUPERIOR COURT
## SUMMONS

| | Civil Action File Number<br>NC-2017-0014 |
|---|---|
| **Plaintiff**<br>Courtney Kellogg<br>v.<br>**Defendant**<br>Citadel Communications, LLC, et al | **Attorney for the Plaintiff or the Plaintiff**<br>Keith Brian Kyle<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>HOULIHAN MANAGHAN & KYLE LTD<br>195 BROADWAY 2ND FLOOR<br>NEWPORT RI 02840 |
| Murray Judicial Complex<br>Newport County<br>45 Washington Square<br>Newport RI 02840<br>(401) 841-8330 | **Address of the Defendant**<br>23 Kenney Drive<br>Cranston RI 02920 |

TO THE DEFENDANT, Sinclair Communications, LLC: C/O CT Corp

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2017. | /s/ Jane Anthony<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

1/23/2017

A True Copy Attest
Constable # 6178
Paula A. Pecchia-Esposito

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff<br>Courtney Kellogg<br>v.<br>Defendant<br>Citadel Communications, LLC, et al | Civil Action File Number<br>NC-2017-0014 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Sinclair Communications, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
- ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____

SERVICE DATE: ___/___/___   SERVICE FEE $ _____
          Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____
County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2014)



SC-CMS-1 (revised July 2014)