## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND


COURTNEY KELLOGG              :
                                   :

    VS.                            :      NO:  1:17-cv-00064-S-PAS
                                   :

CITADEL COMMUNICATIONS, LLC    :
d/b/a WLNE-TV, CITADEL          :
COMMUNICATIONS, LTD, SINCLAIR    :
COMMUNICATIONS, LLC d/b/a WJAR-TV,  :
WJAR LICENSEE, LLC d/b/a WJAR-TV   :
and SINCLAIR BROADCAST GROUP, INC.  :


## DISMISSAL STIPULATION


Pursuant to Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedure the parties in the

above-entitled matter hereby agree that all claims shall be dismissed with prejudice, no interest,

no fees, and no costs.


COURTNEY KELLOGG
By her Attorneys,
HOULIHAN, MANAGHAN MORRISSEY AND KYLE,
Ltd.


/s/      Keith B. Kyle #3876           
195 Broadway, 2nd floor
Newport, RI 02840
(401)846-7777
(401)848-7141 facsimile
KEITH@HMANDKLAW.COM

**CITADEL COMMUNICATIONS, LLC D/B/A**
**WLNE-TV AND CITADEL COMMUNICATIONS, LTD**
By its Attorneys
HINSHAW & CULBERTSON LLP


/s/ Ethan Z. Tieger, Bar No. 9308
HINSHAW & CULBERTSON LLP
321 South Main Street
Suite 301
Providence, RI 02903
 (617) 213-7000
ETIEGER@HINSHAWLAW.COM



**SINCLAIRCOMMUNICATIONS, LLC, SINCLAIR**
**BROADCAST GROUP, INC., AND WJAR LICENSEE,**
**LLC**
By its Attorneys
ADLER POLLOCK & SHEEHAN P.C.


/s/ Todd D. White, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
TWHITE@APSLAW.COM



DATE: March 13, 2017